Case 6:25-cv-06065-SOH-MEF   Document 1   Filed 06/27/25   Page 1 of 13 PageID #: 1

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 27 2025

Ronald E. Dowling
By_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF ARKANSAS

**Willie Newborn**
1714 O'Connell Street
Arkadelphia, AR 71923
Plaintiff,

v. Civil Action No. _____

**America's Car-Mart, Inc.**
d/b/a Colonial Auto Finance
**Experian Information Solutions, Inc.**
**TransUnion, LLC**
Defendants.

---

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

**Plaintiff Willie Newborn**, for his Complaint against **America's Car-Mart, Inc. d/b/a Colonial Auto Finance, Experian**, and **TransUnion**, alleges as follows:

---

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 15 U.S.C. § 1681p and 28 U.S.C. § 1331 because this action arises under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because Plaintiff resides in Arkadelphia, Arkansas, within this district, and a substantial part of the events giving rise to the claim occurred here.

---

## PARTIES

3. Plaintiff Willie Newborn is a natural person and resident of Arkansas.

4. Defendant America's Car-Mart, Inc., doing business as Colonial Auto Finance, is an Arkansas-based company engaged in the business of selling vehicles and financing

consumer auto loans. It is a furnisher of information to consumer reporting agencies.

5. Defendant Experian Information Solutions, Inc., is a consumer reporting agency doing business in Arkansas.

6. Defendant TransUnion, LLC, is a consumer reporting agency doing business in Arkansas.

## FACTUAL ALLEGATIONS

7. On or about August 27, 2021, Plaintiff entered into a purchase and finance agreement for a vehicle from America's Car-Mart, Inc. d/b/a Colonial Auto Finance.

8. Within seven days, Plaintiff returned the vehicle due to mechanical or undisclosed issues and agreed in writing to forfeit his down payment. Plaintiff signed a release form acknowledging return of the vehicle.

9. Despite accepting the return and retaining the down payment, Car-Mart later reported the account to credit reporting agencies as a **repossession** or with **derogatory or misleading information**.

10. No post-sale notice, itemization of resale proceeds, or deficiency/surplus accounting was ever sent to Plaintiff, in violation of UCC § 9-614.

11. Plaintiff did not learn until over a year later, through self-initiated credit investigations, that Defendants had furnished materially inconsistent tradelines to multiple credit bureaus.

12. TransUnion reported the account as a repossession with derogatory remarks.

13. Experian reported the account as paid in full with late payments and derogatory marks.

14. At one point, a credit bureau showed a **zero balance**, suggesting the debt had been cleared, though no formal documentation was ever provided.

15. Plaintiff disputed the accounts repeatedly with the credit bureaus and the CFPB, providing evidence and requesting validation. Defendants verified the account without correcting the errors.

16. Plaintiff has filed no fewer than 12 disputes, including those with the Consumer Financial Protection Bureau (CFPB) and the Arkansas Attorney General, including on:

- 4/20/2024, 5/27/2024, 6/21/2024 (CFPB)

- 8/14/2024, 9/23/2024 (CFPB)

- 11/01/2024, 01/06/2025, 2/12/2025, 3/14/2025, 4/14/2025, 5/15/2025 (CFPB & AG)

- 6/01/2025

17. Defendants repeatedly and summarily verified the inaccurate tradelines without meaningful reinvestigation, violating their statutory duties.

18. The continued publication of inconsistent and damaging credit data has directly interfered with Plaintiff's business operations, harmed his ability to secure financing, and caused serious emotional and psychological distress, including episodes nearing mental breakdown.

19. Plaintiff believes these actions were not isolated or accidental but part of a pattern of disregard by Defendants, especially Car-Mart, to exploit low-income and minority consumers by weaponizing credit data and denying transparency.

---

## CLAIMS FOR RELIEF

**COUNT I – Violations of the Fair Credit Reporting Act (FCRA) § 1681i**

**(Against Experian and TransUnion)**

20. Plaintiff incorporates all preceding paragraphs.

21. Defendants Experian and TransUnion failed to conduct reasonable reinvestigations after Plaintiff's disputes.

22. They continued reporting materially inaccurate tradelines without validation.

23. Their failure to correct the errors after notice was negligent and, upon information and belief, willful.

**COUNT II – Violations of the FCRA § 1681s-2(b)**

**(Against America's Car-Mart d/b/a Colonial Auto Finance)**

24. Car-Mart failed to reasonably investigate disputes forwarded by credit reporting agencies.

25. It failed to correct or delete inaccurate or misleading information.

26. Car-Mart's actions were negligent, reckless, and in many instances, willful.

**COUNT III – Violations of UCC § 9-614 and State Consumer Protection Law**

**(Against America's Car-Mart)**

27. Car-Mart did not provide post-sale notice, breakdown of resale proceeds, or deficiency balance in connection with the returned vehicle.

28. Car-Mart's concealment of this information and simultaneous credit reporting constitutes unconscionable and deceptive conduct under Arkansas law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to:

A. Award **actual damages** in the amount of **$50,000.00** for credit denial, business disruption, and emotional distress;
B. Award **statutory damages** of **$15,000.00** under 15 U.S.C. § 1681n and/or § 1681o for repeated FCRA violations;
C. Award **punitive damages** in the amount of **$50,000.00** for willful violations and misconduct;
D. Order **injunctive relief** compelling Defendants to delete or correct inaccurate tradelines;
E. Award **costs and reasonable attorney's fees** under the FCRA;
F. Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

**Willie Newborn**
1714 O'Connell Street
Arkadelphia, AR 71923
Plaintiff, Pro Se

Date: 06/24/2025

***403268012-103***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

| | |
|---|---|
| **File Number:** | 403268012 |
| **Page:** | 1 of 2 |
| **Date Issued:** | 5/21/2025 |

**TransUnion.**

PLVDC400106170-I012339-236907123

WILLIE T NEWBORN
1714 OCONNELL ST
ARKADELPHIA, AR 71923-5643

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Re: Dispute Status

After reviewing your correspondence, we are unable to process your request because we were unable to determine the nature of your request or your request was illegible. To investigate information contained in your credit report, please type or print the account name and number, and specify why you are disputing it (for example, "this is not my account", "I have never paid late", etc.). Please provide us with this information so we may process your request and initiate an investigation. You may contact us at (800) 916-8800. Our business hours are Monday through Friday, 8:00 am - 11:00 pm, Eastern Time.

We're here to help. Should you have any further questions please contact us at:
- www.transunion.com
- (800) 916-8800
- P.O. Box 2000
Chester, PA 19016-2000

Please have your file number ready 403268012.

File Number: 403268012
Page: 2 of 2
Date Issued: 5/21/2025

**TransUnion**

## Disclosure Request Form

To receive a copy of your credit report, please complete this form and attach proof of the required information before returning it to TransUnion Consumer Relations. If you wish, you may also use this form to purchase a credit score and have it sent with your credit report.

| Name: | SSN: |
|---|---|
| Current Address: | Previous Address: |
| Other Name(s) Used: | Date of Birth: |

### Proof of Current Address
**Acceptable forms of Current Address verification include copies of two of the following documents that show your Current Address:**
a) Driver's license
b) Utility bill
c) Bank or credit union statement
d) Cancelled check
e) Signed homeless shelter letter
f) Stamped post office box receipt
g) Government issued ID
h) State ID card
i) Pay stub

### Proof of Social Security Number
**Acceptable forms of Social Security verification include a copy of one of the following documents that shows your Social Security Number:**
a) Social Security card
b) Letter from the Social Security Administration
c) Military ID
d) Medicaid or Medicare card

### Proof of Date of Birth
**Acceptable forms of Date of Birth verification include a copy of one of the following documents that shows your Date of Birth:**
a) Birth certificate
b) Driver's license
c) Government issued ID
d) Passport

**Important notes regarding acceptable forms of proof:**
- Utility Bills, Bank or Credit Union Statements, Cancelled Checks and Pay Stubs must not be older than 2 months.
- P.O. Box Receipts and Homeless Shelter Letters must not be older than 12 months.
- We are unable to accept documents that contain a past expiration date as proof.
- Electronic statements printed from a website cannot be accepted as proof.

### Include Payment (if necessary)
If you would like to receive your TransUnion Consumer Credit Score in addition to the credit report, please provide additional payment.

**TransUnion Credit Score - $9.95**

Check here ☐ to include credit score with credit report.

Check credit card type: ☐ MasterCard  ☐ American Express  ☐ VISA  ☐ Discover

Card Number: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   Expiration Month/Year: ___ / ___

You may also pay by sending a check or money order, for the required amount, payable to TransUnion. Once payment is received, we will promptly send you a copy of your credit report (and score if applicable).

Form-950 (Disclosure Request)

*** 403268012-077 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

09/28/2024


Information for Good.

PKPSGH00100118-I001405-221005777

WILLIE T. NEWBORN
1714 OCONNELL ST
ARKADELPHIA, AR 71923-5643

Dear WILLIE T. NEWBORN,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   o Review relevant information we sent them, including any provided documents
   o Investigate your dispute and verify whether the information they report is accurate
   o Provide us a response to your dispute and update any other information
   o Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.



## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**.

| | |
|---|---|
| File Number: | 403268012 |
| Date Issued: | 09/28/2024 |

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field. If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months. On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.


**experian.**

# Closed accounts

---

**COLONIAL AUTO FINANCE/**  
**2 potentially negative months**                                                                                                 Closed

### 🗎 Account info

| | | | |
|---|---|---|---|
| Account name | **COLONIAL AUTO FINANCE/** | Balance | - |
| Account number | **103402XXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | **$15,935** |
| Company sold | - | Monthly payment | - |
| Account type | **Auto Loan** | Last Payment Date | **Aug 27, 2021** |
| Date opened | **Aug 27, 2021** | Terms | **35 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed.** | Your statement | - |
| Status updated | **Oct 2021** | | |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | - | ✓ | VS | VS | - | - |

✓ Current / Terms met    VS Voluntarily surrendered    - Data Unavailable

### ✉ Contact info

Address    **1805 N 2ND ST STE 401**  
           **ROGERS,**  
           **AR 72756**

Phone number    **(479) 464-9944**

### 📄 Comments

**Election of remedy**



**AMERICA'S CAR-MART**

*Keeping You on the Road*

May 22, 2025

Willie T Newborn
1714 O Connell St
Arkadelphia, AR 71923

Re: Account #103402011574

Dear Wille,

We have received your letter regarding your account with Colonial Auto Finance, Inc. and we have reviewed your account information. The accuracy of your information that we report to any Consumer Reporting Agency is of great importance to us and we take that responsibility seriously.

We appreciate your business and your inquiry regarding your account. We do not provide general validation of account information or provide account statements. If you have a specific dispute about the information, we have reported to a Bureau we will be happy to look at that. Please provide any specific information you are disputing and the reason(s) why you feel the information is inaccurate. Please provide any supporting documentation that you may have.

Respectfully,

Leah Guinn
Credit Reporting Specialist

America's Car-Mart, Inc. | 1805 N. 2nd Street Suite 401 | Rogers, AR 72756 | 479.464.9944

To:
Experian
P.O. Box 4500
Allen, TX 75013

AND

Colonial Auto Finance
1805 N 2nd St
Rogers, AR 72756

Subject: Reinforced Dispute & Demand for Immediate Correction or Deletion – FCRA Violation Warning

Dear Experian & Colonial Auto Finance,

I am sending this letter as a re-dispute and legal warning regarding the misreporting of an auto loan account on my Experian credit report.

The vehicle in question was voluntarily surrendered within 7 days, resold by the creditor, and no deficiency balance was pursued. TransUnion currently reports this account accurately as a Voluntary Surrender, $0 balance, and closed. However, Experian continues to report the account in a way that falsely suggests default, charge-off, or unresolved delinquency.

I previously submitted disputes via Experian's online portal and contacted the CFPB. Although I no longer have copies of those submissions, I can attest that no corrective action was taken. This continued inaction now constitutes willful noncompliance under the Fair Credit Reporting Act (15 U.S.C. § 1681i and § 1681s-2).

This inaccurate account is blocking access to vital business credit lines. I am demanding either:

Immediate deletion of this account from my Experian credit report, OR

Update to match TransUnion's accurate status: "Voluntary Surrender," $0 balance, closed

If no resolution is received within 15 business days, I will escalate the matter to:

The Consumer Financial Protection Bureau (CFPB) (with TransUnion documentation)

The Arkansas Attorney General

Legal counsel for damages due to credit impairment and financial loss

I request written confirmation of deletion or update.

Sincerely,
Willie T. Newborn

Email: newbornwillie@gmail.com
Phone: (479) 309-0892


